# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TIFFANY TAYLOR, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ) FRED'S, INC. and FRED'S STORES OF ) TENNESSEE, INC., ) ) Defendants. ) | Case No.: 2:17-cv-00495-VEH OPPOSED JURY TRIAL DEMANDED |

## DEFENDANTS' MOTION TO CONSOLIDATE

Defendants Fred's, Inc. and Fred's Stores of Tennessee, Inc. (collectively, "Defendants"), by and through undersigned counsel, file this Motion to Consolidate two putative class actions currently pending against Fred's Stores of Tennessee, Inc. with the current putative class action pending against Defendants: (1) *Wallace, et al. v. Fred's Stores of Tennessee, Inc.*, 2:17-cv-01100-LSC, originally filed on April 11, 2017 and transferred to this District by the Northern District of Georgia on June 29, 2017 (hereinafter "*Wallace*") and (2) *Williams, et al. v. Fred's Stores of Tennessee, Inc.*, 2:17-cv-01101-AKK, originally filed on April 13, 2017 and transferred to this District by the Northern District of Georgia on June 29, 2017 (hereinafter "*Williams*").

1

All of these actions assert alleged technical violations of the Fair and Accurate Credit Transactions Act ("FACTA"), assert a risk of identity theft and/or fraud as opposed to any actual harm suffered, seek to certify the same nationwide class, and request statutory damages and attorneys' fees based on the alleged "willful" misconduct of Fred's. The putative class in *Taylor* includes the plaintiffs in *Wallace* and *Williams* as class members. Thus, it is in the interest of judicial economy and efficiency, for purposes of docket management, that all three of these FACTA cases be in front of the same judge.

Lead counsel for the plaintiffs in all of these actions have indicated that they oppose this Motion. Counsel for Plaintiffs in *Wallace* and *Williams* have expressed that they do not oppose the transfer of the *Wallace* and *Williams* cases to this Court's docket. Notices of filing this Motion to Consolidate will be filed simultaneously in the *Wallace* and *Williams* cases and are attached collectively as Exhibit A.

Fred's relies upon its Memorandum in Support of the Motion to Consolidate, filed contemporaneously herewith and respectfully submits that consolidation of the *Taylor*, *Wallace*, and *Williams* actions before this Court is warranted under Fed. R. Civ. P. 42(a).and would promote judicial economy and overall efficiency for the Court and the parties.

Respectfully submitted on August 18, 2017.

        BAKER, DONELSON, BEARMAN,
         CALDWELL & BERKOWITZ, P.C.

/s/ D. Keith Andress

D. KEITH ANDRESS
(Bar No. ASB-8396R56D)
kandress@bakerdonelson.com
JADE E. SIPES (Bar No. ASB-2546010R)
jsipes@bakerdonelson.com
420 20th Street North
Wells Fargo Tower, Suite 1400
Birmingham, Alabama 35203
(205) 328-0480 - telephone
(205) 322-8007 - facsimile

KRISTINE L. ROBERTS
(*admitted pro hac vice*)
klroberts@bakerdonelson.com
MARY WU TULLIS
(*admitted pro hac vice*)
mtullis@bakerdonelson.com
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone
(901) 577-2303 – facsimile

***Attorneys for Defendants Fred's, Inc. and Fred's Stores of Tennessee, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2017, a true and exact copy of the forgoing electronically filed document was served upon the following counsel of record via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that the Notice was electronically mailed to said party:

Chris T. Hellums
Michael C. Bradley
Jonathan S. Mann
Austin B. Whitten
2001 Park Place North, Suite 1100
Birmingham, AL 35203

/s/ D. Keith Andress

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELANIE WALLACE, SASCHA FELICIANO and HEATHER TYLER, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FRED'S STORES OF TENNESSEE, INC. (d/b/a Fred's, Fred's Super Collar, Fred's Pharmacy); and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-01100-LSC |

**NOTICE OF FILING MOTION TO CONSOLIDATE**

Defendant Fred's Stores of Tennessee, Inc. ("Fred's") gives notice that Defendants Fred's, Inc. and Fred's Stores of Tennessee, Inc. have filed a Motion to Consolidate in *Taylor v. Fred's, Inc.*, *et al*, Case No. 2:17-cv-00495-VEH. The Motion seeks to consolidate the current putative class action pending against Fred's with two other putative class actions also pending against Fred's Stores of Tennessee, Inc.: (1) *Taylor v. Fred's, Inc., et al.*, 2:17-cv-00495-VEH, originally filed on March 29, 2017 and (2) *Williams, et al. v. Fred's Stores of Tennessee, Inc.*, 2:17-cv-01101-AKK, originally filed on April 13, 2017. A copy of the filed Motion and Memorandum in Support is attached collectively hereto as Exhibit A.

1

        Respectfully Submitted,

        s/ D. Keith Andress
        D. KEITH ANDRESS
        An Attorney for Defendant

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
420 20th Street North
1400 Wells Fargo Tower
Birmingham, Alabama 35203
Telephone (205) 328-0480
Facsimile (205) 322-8007
kandress@bakerdonelson.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Chant Yedalian, Esq.               Charles Austin Gower, Esq.
Chant & Company                Shaun Patrick O'Hara, Esq.
1010 N. Central Avenue           Law Offices of Charles A. Gower
Glendale, CA 91202               P.O. Box 5509
                                       1425 Wynnton Road
                                       Columbus, GA 31906

        /s/ D. Keith Andress
        OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LILLIE WILLIAMS, et al.,          ) | |
| )| |
| Plaintiffs,      ) | |
| )| |
| v.                                              ) | |
| )| Case No. 2:17-cv-01101-AKK |
| FRED'S STORES OF TENNESSEE, ) | |
| INC.,                                          ) | |
| )| |
| Defendant.    ) | |

## NOTICE OF FILING MOTION TO CONSOLIDATE

Defendant Fred's Stores of Tennessee, Inc. ("Fred's") gives notice that Defendants Fred's, Inc. and Fred's Stores of Tennessee, Inc. have filed a Motion to Consolidate in *Taylor v. Fred's, Inc.*, *et al*, Case No. 2:17-cv-00495-VEH. The Motion seeks to consolidate the current putative class action pending against Fred's with two other putative class actions also pending against Fred's Stores of Tennessee, Inc.: (1) *Taylor v. Fred's, Inc., et al.*, 2:17-cv-00495-VEH, originally filed on March 29, 2017 and (2) *Wallace, et al. v. Fred's Stores of Tennessee, Inc.*, 2:17-cv-01100-LSC, originally filed on April 11, 2017. A copy of the filed Motion and Memorandum in Support is attached collectively hereto as Exhibit A.

1

                                        Respectfully Submitted,

                                        s/ D. Keith Andress
                                        D. KEITH ANDRESS
                                        An Attorney for Defendant

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
420 20th Street North
1400 Wells Fargo Tower
Birmingham, Alabama 35203
Telephone (205) 328-0480
Facsimile (205) 322-8007
kandress@bakerdonelson.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Chant Yedalian, Esq.
Chant & Company
1010 N. Central Avenue
Glendale, CA 91202

Charles Austin Gower, Esq.
Shaun Patrick O'Hara, Esq.
Law Offices of Charles A. Gower
P.O. Box 5509
1425 Wynnton Road
Columbus, GA 31906

                                        /s/ D. Keith Andress
                                        OF COUNSEL