FILED
2018 Feb-02  PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TIFFANY TAYLOR, individually and on behalf of all others similarly situated,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Case No.:  2:17-CV-0495-VEH ) |
| **FRED'S, INC. and FRED'S STORES OF TENNESSEE, INC., et al.,** | ) ) ) ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is the Motion To Dismiss Plaintiff's First Amended Class Action Complaint (doc. 32) (the "Motion") filed by Defendants Fred's, Inc. and Fred's Stores of Tennessee, Inc. (collectively "Fred's") on June 7, 2017. Consistent with the accompanying memorandum opinion entered on this date, the Motion is **GRANTED IN PART** pursuant to Rule 12(b)(1) and otherwise **TERMED** as **MOOT**. More specifically, Plaintiff Tiffany Taylor ("Ms. Taylor") lacks standing to pursue her claims. Accordingly, Ms. Taylor's lawsuit is **HEREBY DISMISSED WITHOUT PREJUDICE**.

Further, in light of the jurisdictional dismissal of Ms. Taylor's case–*i.e.*, the purported lead action, Fred's Motion To Consolidate (Doc. 41), filed on August 18, 2017, is insufficiently developed and **DENIED**.[1]

**DONE** and **ORDERED** this the 2nd day of February, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge

---

[1] The two actions Fred's sought to have consolidated with Ms. Taylor's no-longer-pending action were *Wallace, et al. v. Fred's Stores of Tennessee, Inc.*, 2:17-CV-1100-VEH, and *Williams, et al. v. Fred's Stores of Tennessee, Inc.*, 2:17-CV-1101-VEH.